IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARY A. ZOLMAN, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 4:16-cv-675-O |
| v. § | |
| § | |
| FEDERAL NATIONAL MORTGAGE § | |
| ASSOCIATION ("FANNIE MAE"), § | |
| SETERUS, INC., § | |
| § | |
| Defendants. § | |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc. ("Seterus" and together with Fannie Mae as "Defendants") file this Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants respectfully show the Court as follows:

**I.**

Pursuant to Local Rule 7.1, the items required for this Motion are included in Defendants' Brief in Support of their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed this same day and incorporated herein by reference for all purposes.

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray that their Motion to Dismiss Pursuant to Rule 12(b)(6) be granted, that each of Plaintiff's claims be dismissed with prejudice, and that Defendants be awarded all other relief to which they may be entitled.

Respectfully submitted,

By: */s/ Philip W. Danaher*
**MARK D. CRONENWETT**
Attorney in Charge
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**PHILIP W. DANAHER**
Texas Bar No. 24078395
pdanaher@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Pkwy, Suite 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via regular and certified U.S. Mail on this 20th day of July, 2016, upon the following:

Cary A. Zolman
668 Bear Creek Drive
Hurst, Texas 76054

*/s/ Philip W. Danaher*
**PHILIP W. DANAHER**