ORIGINAL

In THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 JAN 17  AM 11: 38

CLERK OF COURT

IN CIVIL ACTION NUMBER
4:16-cv-675-O

Cary A. Zolman,
Plaintiff
v.
Federal National Mortgage Association,
and
Seterus, Inc
and whoever is included in
"et al. "

## Motion To Dismiss
## Defendants Motions

NOW COMES, Cary A. Zolman, Plaintiff in the above styled and cause number and file this his answers to the so-called defendants including the unknown defendants included in the "et al."

### Jurisdiction

The Court has no jurisdiction over the parties involved in this lawsuit. The lack of persona or in rem jurisdiction deprive the Court of Jurisdiction and the case should be dismiss.

The alleged defendants have not been named, nor have the alleged unknown defendants provided notice to Plaintiff of any wrong doing caused by the Plaintiff.

Without disrespect who is Seterus? Plaintiff has no knowledge of dealing with Seterus (MENDOZA,Perez,Smith,etc) nor any other Seterus which justify a lawsuit? Same question applies to Fannie Mae? Plaintiff owes no monetary debts to Mark D. Cronenwett nor to Philip W. Danaher nor has a real flesh and blood man or woman been name as defendants in this lawsuit.

Plaintiff objects to all documents filed by anyone against the Plaintiff who he or she is not personally the Defendant or defendants.

Plaintiff objects to the documents filed by Mark D. Cronenwett, and Philip W. DANAHER, who alleged to represent the unknown named flesh and blood defendants. The objects to the documents includes the following:
First Request for Admissions to Cary Zolman;
First Set of Interrogatories to Cary Zolman, and
First Request for Production to Cary Zolman.

The request of representatives does not confer jurisdiction to the Court .

WHEREFORE PREMISES CONSIDERED, Plaintiff Cary A. Zolman request the Court to Dismiss the case against him for lack of Jurisdiction, and or for the representatives of the alleged defendants to provide the plaintiff with a copy( of the flesh and blood man or woman who are personally the defendants),a copy of the original Notice of intent to sue, or any other complaint filed by them against the Plaintiff.
Respectfully submitted by,

_____
Cary A. Zolman
Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served to the representatives via United States Postal Service, postage prepaid, certified with return receipt requested, on this ___ day of January 2017 . Address to the following:
Mark D. Cronenwett ,and
Philip W. Danaher
14160 North Dallas Parkway, Suite 900
Dallas,Texas 75254


Mailed by on this ___ day of January,2017 ,

_____
Cary A. Zolman,
Plaintiff ,