ORIGINAL



FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 JAN 17 AM 11: 36

CLERK OF COURT

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CIVIL ACTION NUMBER
4:16-cv-675-0

Cary A. Zolman
Plaintiff
v.
Federal National Mortgage Association
and
Seterus,Inc.,et al

## MOTION TO DISMISS FOR LACK OF JURISDICTION

NOW COMES, CARY A. ZOLMAN, Plaintiff in the above styled and cause number and file this his Motion To Dismiss For Lack of Jurisdiction.

1.
Jurisdiction

The Court has no jurisdiction over the the parties involved.
The lack of in personam or in rem require the Court to dismiss the case.
Plaintiff does not owe Mark D. Cronenwett,nor Philip W. Danaher noe Mackie Wolf Zientz & Mann,P.C. nor any representative of Federal National Mortgage Association nor Seterus,Inc., nor whoever else is included in the "et al.:
Nor can they individually or collectively prove otherwise.
WHEREFORE PREMISES CONSIDERED, the Court should dismiss the lawsuit.
Respectfully submitted,

_____
Cary A. Zolman,
Plaintiff

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Motion To Dismiss For Lack of Jurisdiction was served to the above named individuals with the exception of whoever is included in the "et al.:.
Service provided by United States Postal Service,prepaid,certified,return receipt requested on this ____day of January,2017.

Mark D. Cronenwett,
And
Philip W. Danaher
14160 North Dallas Parkway,Suite 900
Dallas,Texas 75254

Respectfully submitted by,

Gary A. Zolman
Plaintiff
\_\_\_\_\_January 2017