IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARY A. ZOLMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:16-CV-00675-O |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion Dismiss (ECF No. 19), filed January 17, 2017. Plaintiff, proceeding pro se, states that "the Court should dismiss the lawsuit." The Court construes this as a motion to dismiss under Federal Rule of Civil Procedure 41. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Thus, it is **ORDERED** that Plaintiff's case is **DISMISSED without prejudice.**

SO ORDERED on this **20th day of August, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE